UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MALCOLM QUERIDO | ) | |
| | ) | |
| V. | ) | C.A. No. 12-531L |
| | ) | |
| A.T. WALL, ET AL | ) | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated February 26, 2014, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B). This case is dismissed.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
April 3, 2014